| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 04, 2017
David J. Bradley, Clerk

Bret Bachert, §
　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　§
versus §　　　Civil Action H-15-3220
　　　　　　　　　　　　　§
Remington Arms Company, LLC, §
　　　　　　　　　　　　　§
　　　　　Defendant. §

## Final Judgment

Bret Bachert takes nothing from Remington Arms Company, LLC.

Signed on August 4, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge